# United States District Court
EASTERN DISTRICT OF WISCONSIN

LAURA EVANS, et al.

        Plaintiff,

v.

ASSOCIATED BANC-CORP, et al.,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 21-C-60

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that plaintiff takes nothing, the case is dismissed with prejudice.

        Approved: s/ William C. Griesbach
                      WILLIAM C. GRIESBACH
                      United States District Judge

Dated: September 30, 2022

                      GINA M. COLLETTI
                      Clerk of Court

                      s/ Lori Hanson
                      (By) Deputy Clerk